# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, *et al.*, | : | CIV. NO. 1:23-cv-01276 |
| Plaintiff, | : | |
| v. | : | (Magistrate Judge Schwab) |
| CHAMBERSBURG AREA SCHOOL DISTRICT, *et al.*, | : | |
| Defendants. | : | |

## ORDER
October 24, 2023

**IT IS ORDERED** that a preliminary telephone conference with counsel is scheduled for **November 17, 2023, at 11:30 a.m.** to discuss the parties' initial positions and the scheduling of a settlement conference. Counsel for the plaintiff shall initiate the call to Chambers at (717) 221-3980, after all counsel are on the line and prepared to proceed, or provide a call-in number to the Court and opposing counsel. Counsel shall be prepared to discuss their respective settlement positions during the telephone call.

**IT IS ALSO ORDERED** that at least one week before the telephone call, the plaintiff shall send a written settlement demand to the defendants along with a brief explanation for why such a settlement is appropriate. **IT IS FURTHER ORDERED** that after receiving the plaintiff's written settlement demand and at

least two days before the telephone call, the defendants shall send a written offer to the plaintiff along with a brief explanation for why such a settlement is appropriate.

***S/Susan E. Schwab***
Susan E. Schwab
United States Magistrate Judge
