UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, c/o *Friedman Schuman*, | : | CIVIL NO: 1:23-CV-01276 |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| v. | : | |
| CHAMBERSBURG AREA SCHOOL DISTRICT, *et al.*, | : | |
| Defendants. | : | |

## ORDER
November 17, 2023

Following a discussion with counsel and finding good cause to allow the plaintiff to proceed under a pseudonym, **IT IS ORDERED** that the plaintiff's unopposed motion (*doc. 15*) to proceed under a pseudonym and to seal prior filings that refer to plaintiff's name is **GRANTED**.  The plaintiff is permitted to proceed under the pseudonym Jane Doe, and in court filings, counsel and the parties shall refer to her only as Jane Doe.  **IT IS FURHTER ORDERED** that the Clerk of Court is directed to seal Documents 1 through 9, which refer to plaintiff by name.  The Clerk of Court shall also seal Documents 10-1 and 11, which refer to last name of plaintiff's parents.  Further, the Clerk of Court shall redact from the docket sheet plaintiff's name and the last name of her parents.

**IT IS ALSO ORDERED** that if the plaintiff wants to redact the last name of her parents from the amended complaint, *see doc. 12* at 2, n.1, she shall file a redacted version of the amended complaint on or before **December 1, 2023**. If the plaintiff files a redacted version of her amended complaint, we will then seal the unredacted version (*doc. 12*) of the amended complaint.

<u>*S/Susan E. Schwab*</u>
Susan E. Schwab
United States Magistrate Judge